**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PATRICK A. CANNAVAN,

Plaintiff,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No. 1:26-cv-06029 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 11)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. The assigned magistrate judge screened the complaint found this action is duplicative of *Cannavan v. Newsom*, Case No. 1:26-cv-05670-FJS (PC) ("*Cannavan I*"), which was filed on July 20, 2026, and remains pending. (Doc. 11 at 1-5.) Therefore, the magistrate judge recommended the dismissal of this action. (*Id.* at 6.)

Plaintiff timely filed objections, but he does not identify any unique allegations that support a conclusion this action should be permitted to proceed as a separate matter. (*See generally* Docs. 12, 13.) Moreover, the list of individuals in the objections—named as those Plaintiff believes violated his civil rights— includes the defendants named as in *Cannavan I.* (*See* Doc. 13 at 10-11.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the finding that the action is

duplicative is supported by the record and proper analysis. The Court also finds that this new action is frivolous and malicious, in that it is being filed for purposes of harassment only.[1] Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 11, 2026 (Doc. 12) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice as duplicative, frivolous, and malicious.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 13, 2026

UNITED STATES DISTRICT JUDGE

[1] As the magistrate judge observed, as of the filing of this action, Plaintiff had filed nearly 20 other actions that appear duplicative of the claims raised in *Cannavan I*. (*See* Doc. 10 at 4, n.2.)